UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| OHIO AND VICINITY REGIONAL, COUNCIL OF CARPENTERS, <br><br> Plaintiff, <br><br> Vs. <br><br> MARK TICE, <br><br> Defendant. | CASE NO. 4:04CV0636 <br><br> JUDGE CHRISTOPHER A. BOYKO <br><br> ORDER |

**CHRISTOPHER A. BOYKO, J:**

ON September 14, 2004, this Court was informed by Plaintiff's "Notice of Bankruptcy Filing" (ECF Dkt# 32), that Defendant had filed for reorganization relief under chapter 7 of the U.S. Bankruptcy Code. Pursuant to 11 U.S.C. §362, the filing mandates the imposition of an automatic stay of the proceedings before this Court.

On September 28, 2004, the Court stayed this action. Since that time the Court has not been informed of any change in the bankruptcy case status, nor have any parties moved to remove the stay, therefore the Court orders the case CLOSED, subject to reopening upon written motion by Plaintiff or other parties in interest, which warrants relief from the automatic stay imposed by §362 or by injunction imposed under 11 U.S.C. §524 or which notifies the Court that the bankruptcy case is closed, dismissed or discharged.

IT IS SO ORDERED.

11/29/06
Date

*Christopher A. Boyko*
CHRISTOPHER A. BOYKO
United States District Judge